**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARTELL A. LEGRAND, | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF PRISONS, et al, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF REMOVAL OF CIVIL ACTION FROM
STATE COURT TO THE UNITED STATES DISTRICT COURT**

Pursuant to 28 U.S.C. §§ 1441 and 1442, the United States of America, on behalf of

federal defendant the Federal Bureau of Prisons ("BOP"), removes this action to the United

States District Court for the Eastern District of Pennsylvania. In support thereof, the United

States avers as follows:

1.      On or about December 5, 2019, plaintiff Martell Legrand filed a complaint in the

Court of Common Pleas of Philadelphia County. A copy of the Complaint is attached hereto as

Exhibit A.

2.      The Complaint alleges a common law tort claim based on negligence against

defendant BOP, as well as against another non-federal defendant.

3.      This action must be removed to this Court pursuant to 28 U.S.C. §§ 1441 and

1442(a)(1) because this Court has original jurisdiction over this action and because the action is

brought against an agency of the United States.

4.      Removal is timely pursuant to 28 U.S.C. § 1446(b) because less than thirty days

have elapsed since "receipt by the defendant, through service or otherwise, of a copy of the

initial pleading setting forth the claim for relief." Counsel for the BOP first received a copy of the complaint from the Philacourts.gov ecommerce website on March 20, 2020.

5. A certified copy of this Notice of Removal is being filed in the Court of Common Pleas of Philadelphia County, and is being sent to all adverse parties pursuant to 28 U.S.C. § 1446(d).

6. In accordance with 28 U.S.C. § 1446(a), this Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the United States hereby submits notice of removal of this action.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney


/s/ Susan R. Becker for
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division


STACEY L. B. SMITH
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Phone: 215-861-8348
Fax: 215-861-8618

Dated:  April 3, 2020

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused a true and correct copy of the foregoing Notice of Removal, which was filed electronically and is available for viewing and downloading from the court's ECF system, to be served by first class mail upon the following:

Martell Legrand
1425 N Courthouse Road
Arlington, VA 22201
*Plaintiff, Pro Se*

DC Department of Corrections
Central Detention Facility
1901 D Street, SE
Washington, DC 20003
*Defendant*

DC Department of Corrections
2000 14th Street, NW
7th Fl, Washington, DC 20009
*Defendant*

STACEY L. B. SMITH
Assistant United States Attorney

Dated:  April 3, 2020